UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORIO LARIOS, ET AL.,

           Plaintiffs,

    - against -

VIP PIZZA CORP. D/B/A/ GIOS PIZZA
AND RESTAURANT, et al.,

           Defendants.

23-cv-3949 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to **July 17, 2023**. If the defendants fail to respond by that date, the plaintiffs may move by order to show cause for a default judgment by **July 31, 2023**. If the plaintiffs fail to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           June 27, 2023

                                        John G. Koeltl
                                  United States District Judge