UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

GREGORIO LARIOS, ET AL.,

            Plaintiffs,

- against -

VIP PIZZA CORP. D/B/A GIOS PIZZA AND RESTAURANT, ET AL.,

            Defendants.
---

23-cv-3949 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 31, 2023.

SO ORDERED.

Dated:    New York, New York
            July 17, 2023

                                              John G. Koeltl
                                     United States District Judge