UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORIO LARIOS,

                Plaintiff(s)

                                                  23 civ 3949 (JGK)

    -against-

VIP PIZZA,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

This matter having been referred for mediation and a scheduling order having been entered,

The conference scheduled for October 10, 2023, at 4:00pm, is canceled.

**SO ORDERED.**

                                                  *[signature]*
                                       **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 2, 2023