# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 14, 2024

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

> Re: Larios, et. al. v. VIP Pizza Corp., et al.
> Case No.: 1:23-cv-03949-JGK

Dear Judge Koeltl:

This firm represents Plaintiffs in this case. We respectfully request an additional 7 days, until June 21, 2024, to file the finalized settlement agreement in this action. The parties have exchanged drafts and Plaintiff counsel anticipates that the parties will fully execute the agreement by the end of next week.

Plaintiff thanks the Court for its attention in this matter.

Respectfully submitted,
-------------------/s/------
Michael Taubenfeld

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

6/17/24