# LAW OFFICES OF EDMOND J. PRYOR

*Attorneys at Law*

| | | |
|---|---|---|
| EDMOND J. PRYOR* | 292 City Island Avenue<br>Bronx, New York 10464 | Legal Assistants<br>JULIA DECUFFA+<br>ELOISA SANTANA+ |
| Associate<br>KEIYA BAROT** | | |
| Of Counsel<br>VICTORINE FROEHLICH | 718-829-0222<br>FAX 718-829-0032 | + Non-lawyer<br><br>www.PryorLaw.com |
| *Also Admitted in CT<br>** Pending Admission | | |

June 21, 2024

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Gregorio Larios, et al. V. VIP Pizza Corp d/b/a Gio's Pizza and Restaurant, et al.
        Case No. 23 CV 03949**

Dear Judge Koeltl:

We represent defendants in the above-referenced action. We respectfully request another 7-day extension, until June 28, 2024, to finalize the settlement documents in this action and execution of same. We are in the process of finalizing some language changes in the settlement documents that we have already exchanged and, further, I will be engaged in an arbitration at the American Arbitration Association from June 24 through June 27, 2024.

Plaintiffs' counsel consents to this request.

Thank you for your courtesies.

Respectfully,

*Edmond J. Pryor*

Edmond J. Pryor

**APPLICATION GRANTED
SO ORDERED**

6/21/24

John G. Koeltl, U.S.D.J.