# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 28, 2024

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

        Re: Larios, et. al. v. VIP Pizza Corp., et al.
        Case No.: 1:23-cv-03949-JGK

Dear Judge Koeltl:

    This firm represents Plaintiffs in this case. We respectfully request an extension until July 8, 2024 to file the finalized settlement agreement in this action. The settlement agreement is fully executed and the parties are in the process of working out one minor aspect of the matter. We therefore ask for this additional time.

    Plaintiffs thank the Court for its attention in this matter.

Respectfully submitted,
--------------------/s/------
Michael Taubenfeld

**APPLICATION GRANTED**
**SO ORDERED**

7/1/24

John G. Koeltl, U.S.D.J.